## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| HL SEAFOOD, INCORPORATED, | Civil No. 08-4989 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| THE FISHIN' COMPANY AND MAAK ENTERPRISES, LTD., | |
| Defendants. | |

_____

Manly Zimmerman, **ZIMMERMAN & BIX, LTD,** 1108 Nicollet Mall, Suite 210, Minneapolis, MN 55403, for plaintiff.

Adam Gillette and Thomas Jamison, **FRUTH, JAMISON & ELSASS,** 3902 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, for defendants.

Pursuant to the parties' stipulation of dismissal filed on November 12, 2009 [Docket No. 12],

**IT IS HEREBY ORDERED** that the complaint and the counterclaim in the above-entitled action are hereby **DISMISSED WITH PREJUDICE** and on the merits and without cost to either party.

DATED: November 12, 2009
at Minneapolis, Minnesota.

                                                                 s/John R. Tunheim
                                                          JOHN R. TUNHEIM
                                         United States District Judge